IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** ____ |
| **v.** | : | **DATE FILED** _____ |
| **MARK HARVEY SILVERSTEIN** | : | **18 U.S.C. § 876(c) (mailing threatening communications - 2 counts)** |

### INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about April 19, 2006, in the Eastern District of Pennsylvania, defendant

**MARK HARVEY SILVERSTEIN**

knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to Personnel Officer, National Park Service in Philadelphia, Pennsylvania, an employee of the United States covered by Title 18, United States Code, Section 1114, which contained a threat to injure the person of the addressee or of another.

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about April 21, 2006, in the Eastern District of Pennsylvania, defendant

**MARK HARVEY SILVERSTEIN**

knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication, bearing an upside-down first class postage stamp, addressed to Personnel Officer, National Park Service in Philadelphia, Pennsylvania, an employee of the United States covered by Title 18, United States Code, Section 1114, which contained a threat to injure the person of the addressee or of another.

In violation of Title 18, United States Code, Section 876(c).

**PATRICK L. MEEHAN**
**United States Attorney**